IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM F. JOHNS; LANELL A. )<br>JOHNS; MARY JERNIGAN; ESCAMBIA )<br>COUNTY TAX COLLECTOR; STATE )<br>FARM MUTUAL AUTOMOBILE )<br>INSURANCE COMPANY; and )<br>GOVERNMENT EMPLOYEES )<br>INSURANCE COMPANY, )<br>)<br>Defendants. )<br>_____ ) | Case No.: 3:05-cv-00308-RV-MD |

**DEFAULT JUDGMENT**

This Court, upon motion of the plaintiff, United States of America, and default having been entered against the defendant William F. Johns, hereby ORDERS, ADJUDGES, and DECREES as follows:

That defendant William F. Johns, pursuant to Title 26, United States Code, section 7402, is indebted to the United States in the amount of $109,746.71, including interest and statutory additions accrued through January 31, 2006, plus further interest and statutory additions as provided by law from January 31, 2006.


Date: February 22, 2006          /s/ *Roger Vinson*
                                 ROGER VINSON
                                 SENIOR UNITED STATES DISTRICT JUDGE

1535035.1