# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                           CASE NO. 3:05cv308/RV/MD

WILLIAM F. JOHNS; LANELL A.
JOHNS, et al.

**REFERRAL AND ORDER**

Referred to Judge Vinson on   06/12/2007
Type of Motion/Pleading  JOINT MOTION FOR VOLUNTARY DISMISSAL
Filed by: Parties           on 6/12/07       Doc. No. 77
( )   Stipulated/Consented/Joint Pleading
RESPONSES:
_____  on _____ Doc. No. _____
_____  on _____ Doc. No. _____

                                           WILLIAM M. McCOOL, CLERK OF COURT

                                           Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 12th day of June, 2007, that:

(a)   The requested relief is GRANTED.
(b)   This case is hereby dismissed.

                                           /s/ *Roger Vinson*
                                           ROGER VINSON
                                           SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

                                           Document No.